IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

    Defendant(s).

---

SUMMONS AND PROCESS OF ATTACHEMENT AND GARNISHMENT

---

TO THE MARSHAL OF THE DISTRICT OF COLORADO:

    **WHEREAS**, a Complaint has been filed in the United States District Court for the District of Colorado, on October 25, 2024, by LAURITZEN BULKERS A/S, Plaintiff, against TWIN PINES MINERALS, LLC, Defendant and owner of various property, in an action for damages for breach of a maritime agreement, in the amount of US$9,382,412.84, and praying that process may issue in due form of law and according to the practice of this Court against Defendant and for the attachment of the property, goods, and chattels of said Defendant;

    **NOW,** therefore, we do hereby empower and strictly charge and command you, the said Marshal, to cite and admonish the said Defendant, and that if the said Defendant cannot be found in the District of Colorado, that you attach Defendant's property, goods, and chattels in said District, to the amount sued for; and if no property, goods, and chattels can be found, that you attach Defendant's debt, credits and effects, to the amount sued for, in the hands of garnishees named in the Complaint, specifically including the property located at:

    3030 South Vallejo Street
    Englewood, Colorado 80110
    Lot Number: 3, Range: 68W, Township: 04S, Section: 33, Quarter S

    You are also directed to notify the above garnishees, that:

    (1). An attachment has been commenced against the Defendant;

    (2). The garnishees are required to file in the office of the Clerk of the United States District Court for the District of Colorado within twenty (20)

days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by the garnishees to the Defendant; all property of the Defendant in the possession, custody or control of the garnishees or to which the garnishees hold legal title; all property which is held by the garnishees as fiduciary in which the Defendant has an interest; and whether any property attached is immune or exempt from attachment; and

(3). The garnishees are enjoined from paying any debt to or for the account of Defendant, and from delivering any property owned by the Defendant to or for the account of the Defendant or otherwise disposing thereof;

(4). The garnishees are required to promptly forward a copy of this Writ to the Defendant.

**PLEASE TAKE NOTICE** that if the property of the Defendant is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

**PLEASE TAKE FURTHER NOTICE** that you are directed to notify Defendant that the Plaintiff has commenced a Foreign Attachment against them which they are required to defend.

Amount of Plaintiff's claim: US$9,382412.84



_Jeffrey P. Colwell, Clerk U.S. District Court_
Clerk


_s/C. Cuenca, Deputy Clerk_
Deputy Clerk