

20241115150241

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS, COMPLAINT, ORDER, SCHEDULE A<br>_____<br>PROCESS SERVER     DATE: 11/18/24 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TWIN PINES MINERALS, LLC

Place where served:

4599 EAST LAKE BLVD   BIRMINGHAM  AL  35205

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Annette Arterberry

Relationship to defendant  Custodian of records/admin

Description of Person Accepting Service:

SEX: F  AGE: 65  HEIGHT: 5'4"  WEIGHT: 180  SKIN: Caucasian  HAIR: Gray  OTHER: eyes: Brown

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____      SERVICES $ _____.____      TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 11/18/2024       _Ron Crump_ L.S.
SIGNATURE OF Ron Crump
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   MARK W. NELSON, ESQ.
PLAINTIFF:   LAURITZEN BULKERS A/S,
DEFENDANT:  TWIN PINES MINERALS, LLC, A COLORADO LIMITED LIABILITY COMPANY
VENUE:      DISTRICT
DOCKET:     1 24 CV 03000 SBP
COMMENT: