IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No: 1:24-cv-03000-SBP  
Courtroom Deputy: Stef Jeffries

Date: January 9, 2025  
FTR: Courtroom A502

*Parties:*

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC,

    Defendant.

*Counsel:*

Mark Nelson

No appearance

## COURTROOM MINUTES

**STATUS CONFERENCE**

**11:35 a.m.**     **Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the non-appearance of Defendant in this matter.

Plaintiff advises the court that they intend to seek entry of Default should their further efforts to engage Defendant prove unsuccessful.

**11:47 a.m.**     **Court in recess.**

Hearing concluded.  
Total in-court time: 12 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.