01/27/2025 08:38 AM  RF: $13.00  DF: $0.00
Arapahoe County Clerk, CO
Page: 1 of 1  E5005833
Joan Lopez, Clerk & Recorder
Electronically Recorded

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

    Defendant(s).

---

## NOTICE OF LIS PENDENS

---

    The undersigned hereby gives notice that an action is pending in the within matter which affects the interest of the following real property and improvements thereon, situated in the County of Arapahoe, State of Colorado, to wit:

        Lot Number: 3, Range: 68W, Township: 04S, Section: 33, Quarter Section

also known and numbered as 3030 South Vallejo Street, Englewood, Colorado 80110.

Dated: January 24, 2025

                      Respectfully submitted,

By:   s/ Mark W. Nelson
       *Mark W. Nelson*
       Nelson Law Firm
       1740 North High Street
       Denver Colorado 80218
       (303) 861-0750
       mark@nelsonlawfirm.net