# AFFIDAVIT OF ANNETTE ARTERBERRY

1. My name is Annette Arterberry, and I am over the age of eighteen (18) years. I make this affidavit under penalty of perjury, freely and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2. My birth date is June 6, 1962. I an 62 old as of the date of this Affidavit.

3. On or about November 18, 2024, my daughter who works with me told me that there was a man at the door who had something for delivery to Twin Pines Minerals. Twin Pines Minerals has an office in the same building where I work, but I do not work for Twin Pines Minerals.

4. The man asked if he could leave some paperwork for Twin Pines Minerals. I told him that nobody with Twin Pines Minerals was at work that day, that Twin Pines Minerals employees rarely came in and I did not know when they would return or see his paperwork but that he could leave the papers if he wanted.

5. I took the papers from him and put them either on the desk or in the chair of the Twin Pines Mineral employee.

6. I am not and was not on or about November 18, 2024 (i) an employee, shareholder, member, partner, owner, director, or (ii) officer, manager, member, trustee, or their secretary or assistant or functional equivalent or (ii) managing or general agent or agent authorized to receive service of process, or (ii) worked as or for a registered agent of Twin Pines Minerals.

I declare under penalty of perjury that the foregoing is true and correct.

Further, affiant saith not.

\_\_\_\_\_April 21, 2025_____
Date of Execution

*Annette Arterberry* (signed)
Annette Arterberry
Affiant