IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

    Defendant(s).

---

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT TWIN PINES MINERALS, LLC'S
MOTION TO SET ASIDE DEFAULT PURSUANT TO FRCP 55(c)**

---

Plaintiff, Lauritzen Bulkers A/S, by and through its attorneys, Nelson Law Firm, LLC, hereby submits this Motion for Extension of Time to Respond to Defendant Twin Pines Minerals, LLC's Motion to Set Aside Default Pursuant to F.R.C.P. 55(c), and in support thereof, states as follows:

### Conferral

The undersigned affirms that he has conferred with Defendant Twin Pines' attorney of record, and they do not oppose the relief sought.

1. On May 22, 2025 Defendant Twin Pines Minerals, LLC filed a Motion to Set Aside entry of Default Pursuant to F.R.C.P. 55(c).

2. According to the Local Rules of Civil Procedure, Plaintiff's response is currently due on June 12, 2025.

3. Plaintiff and Defendant have been in communication regarding a potential withdrawal of the Motion to Set Aside Default Pursuant to F.R.C.P. 55(c), and Twin Pines' participation in the litigation.

4. Defendant's counsel is seeking a response from Twin Pines Minerals, LLC as to whether this resolution can be reached.

5. Plaintiff is therefore requesting a one-week extension of time to file its response to Defendant's Motion to Set Aside Default Pursuant to F.R.C.P. 55(c) up to and including June 20, 2025.

6. Neither party will be prejudiced as Trial has not been set in this matter.

WHEREFORE, Plaintiff respectfully requests an extension up to and including June 20, 2025 to file its Response to Defendant Twin Pines Minerals, LLC's Motion to Set Aside Default Pursuant to F.R.C.P. 55(c).

Dated: June 12, 2025

                Respectfully submitted,

By:    s/ Mark W. Nelson
        *Mark W. Nelson*
        Nelson Law Firm
        1740 North High Street
        Denver Colorado 80218
        (303) 861-0750
        mark@nelsonlawfirm.net