IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

    Defendant(s).

---

**RESPONSE TO TWIN PINES MINERALS, LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO F.R.C.P. 55(c)**

---

Plaintiff, Lauritzen Bulkers A/S ("Lauritzen"), by and through its attorneys, Nelson Law Firm, LLC, hereby submits this Response to Twin Pines Minerals, LLC's Motion to Set Aside Entry of Default Pursuant to F.R.C.P. 55(c), and in support, states as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCIVR 7.1(A)**

Because this Response seeks affirmative relief, the undersigned confirms he conferred with counsel for Twin Pines who **does not oppose** the relief sought herein.

**BACKGROUND**

1. Lauritzen commenced this action by fling its Complaint on October 24, 2024.

2. On November 18, 2024, Lauritzen served Defendant Twin Pines Minerals, LLC ("Twin Pines") with a copy of the Summons and process of

Attachment and Garnishment, Complaint, Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment and Appointing Process Server.

3. Lauritzen filed the Return of Service with this Court on December 12, 2024.

4. Twin Pines did not file an answer or responsive pleading within the applicable time permitted by Fed. R. Civ. P., Admiralty Rule B(3)(b), which prompted Lauritzen to file a Motion for Entry of Default on February 21. 2025. The Clerk's Entry of Default against Twin Pines was then entered on March 6, 2025.

5. Twin Pines filed its Motion to Set Aside Entry of Default Pursuant to FRCP 55(c) on May 22, 2025.

6. While Lauritzen maintains that it properly served Twin Pines with the Summons and Complaint and that default was properly entered, Twin Pines and Lauritzen have come to an agreement to set aside the default entered against Twin Pines. Twin Pines has agreed to accept service of the Complaint as of the date of this pleading.

## **CONCLUSION**

WHEREFORE, Lauritzen respectfully requests this Court grant Twin Pines' Motion to Set Aside Default and order Twin Pines to respond to Lauritzen's Complaint within twenty-one (21) days of the date of this pleading pursuant to F.R.C.P. 12(a)(1)(A)(i).

Dated: June 20, 2025

                                              Respectfully submitted,

By: s/ Mark W. Nelson
*Mark W. Nelson*
Nelson Law Firm
1740 North High Street
Denver Colorado 80218
(303) 861-0750
mark@nelsonlawfirm.net