IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000

LAURITZEN BUILKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC,

    Defendant.

# ANSWER

Defendant, Twin Pines Minerals, LLC ("Twin Pines"), by and through its counsel, Dentons US LLP, submits the following Answer in response to the Complaint (ECF No. 1).

## FIRST DEFENSE

Plaintiff failed to mitigate the damages alleged. Plaintiff failed to seek any replacement cargo loads to mitigate its alleged damages.

## SECOND DEFENSE

The alleged contract relates to the shipping of mining products that could not be mined. Accordingly, the purpose of the alleged contract has been frustrated and the alleged non-performance by Defendant is excused.

## THIRD DEFENSE

Answering the individual allegations of Plaintiffs' Complaint, using the same paragraph numbering as is found in the Complaint, Defendant states as follows:

The paragraph found before the first numbered paragraph of the Complaint constitutes introductory material to which no response is required. To the extent a response is deemed required, it is denied.

1. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

2. Defendant lacks knowledge or information sufficient to admit or deny the allegations of this paragraph.

3. Admit.

4. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

5. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied

6. Defendant lacks knowledge or information sufficient to admit or deny the allegations of this paragraph.

7. Denied, except to admit that Defendant is aware Plaintiff alleges Defendant breached the referenced agreement.

8. Denied, Plaintiff does not agree any amounts are due and owing.

9. Denied, except to admin that Defendant is participating in an arbitration with Plaintiff in London, UK.

10. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

11. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

12. Denied, Plaintiff does not agree any amounts are due and owing or that Plaintiff has incurred any damages.

13. Defendant lacks knowledge or information sufficient to admit or deny the allegations of this paragraph.

14. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

15. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

16. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

<u>Prayer For Relief</u>

This part of Plaintiffs' Complaint sets forth Plaintiffs' request for relief, to which no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiffs are entitled to the relief requested or to any relief at all.

Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation of Plaintiffs' Complaint.

Wherefore, having answered, Defendant respectfully requests that the Court enter judgment in its favor, award Defendant its costs, and provide such other relief as the Court deems just and proper.

Respectfully submitted this 11th day of July 2025.

        *s/Joseph G. Martinez*
        Joseph G. Martinez, III
        Meagan Fackler
        DENTONS US LLP
        1900 16th Street
        Suite 1350
        Denver, CO  80202
        Telephone:  (303) 634-4371
        Facsimile:  (303) 634-4400
        Email:  joe.martinez@dentons.com

        ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2025, I caused a copy of the foregoing to be delivered through the Court's ECF system on:

    Mark W. Nelson
    Nelson Law Firm
    1740 North High Street
    Denver, CO  80218

                                             *s/April Barrett*
                                             April Barrett