# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

    Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

    Defendant(s).

## JOINT STATUS REPORT

Plaintiff, Lauritzen Bulkers A/S ("Lauritzen"), by and through its attorneys, and Defendant, Twin Pines Minerals, LLC ("Twin Pines"), through its attorneys, hereby submit this Joint Status Report and, state as follows:

1. Lauritzen commenced this action by fling its Complaint on October 24, 2024.

2. Lauritzen then filed a Motion to Stay Pending Completion of Arbitration on April 21, 2025.

3. The Court issued an Order Granting the Motion to Stay on April 26, 2025. Within the Order, this court has asked the Parties to file a joint status report every 90 days.

4. Twin Pines filed its Answer to Lauritzen's Complaint on July 11, 2025.

5. This Joint Status Report shall serve as notice that Twin Pines has agreed to the stay of this matter while arbitration proceedings conclude.

6. The parties, per the Court's April 26, 2025 Order, agree to file a Joint Status Report 90 days from the date of this filing.

Dated: August 4, 2025

                                    Respectfully submitted,

By:    *s/ Mark W. Nelson*
           Mark W. Nelson
           Nelson Law Firm
           1740 North High Street
           Denver Colorado 80218
           (303) 861-0750
           mark@nelsonlawfirm.net

By:    */s/ Joseph G. Martinez, III*
           Joseph G. Martinez, III
           Meagan Fackler
           DENTONS US LLP
           1900 16th Street
           Suite 1350
           Denver, CO 80202
           Telephone: (303) 634-4371
           Facsimile: (303) 634-4400
           Email: joe.martinez@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Joseph G. Martinez, III
Meagan Fackler
DENTONS US LLP
1900 16th Street
Suite 1350
Denver, CO 80202
joe.martinez@dentons.com