**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03000-SBP

LAURITZEN BULKERS A/S,

      Plaintiff,

v.

TWIN PINES MINERALS, LLC, a Colorado limited liability company,

      Defendant(s).

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff, Lauritzen Bulkers A/S ("Lauritzen"), by and through its attorneys, and Defendant, Twin Pines Minerals, LLC ("Twin Pines"), through their respective counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), jointly move this Court for an Order dismissing with prejudice each and every claim asserted amongst and between Lauritzen and Twin Pines in this civil action, with each party to bear their own attorneys' fees and costs.

Plaintiff also moves for the release of the Lis Pendens filed in Arapahoe County, Colorado, on January 27, 2025, recording No E5005833. Plaintiff will record the Order of Dismissal and Lis Pendens Release upon receipt of the Order of Dismissal.

WHEREFORE, the parties hereby move the Court to enter an Order for Dismissal with Prejudice of each and every claim asserted amongst and between Lauritzen and Twin Pines in this civil action, with each party to bear their own attorneys' fees and costs. The Plaintiff shall record a Release of Lis Pendens with the Arapahoe County Clerk and Recorder within five (5) days of receipt of the Order of Dismissal.

Dated this 2nd day of January, 2026.

Respectfully submitted,

By:    *s/ Mark W. Nelson*
       Mark W. Nelson
       Nelson Law Firm
       1740 North High Street
       Denver Colorado 80218
       (303) 861-0750
       mark@nelsonlawfirm.net

By:    */s/ Joseph G. Martinez, III*
       Joseph G. Martinez, III
       Meagan Fackler
       DENTONS US LLP
       1900 16th Street
       Suite 1350
       Denver, CO 80202
       Telephone: (303) 634-4371
       Facsimile: (303) 634-4400
       Email: joe.martinez@dentons.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Joseph G. Martinez, III
Meagan Fackler
DENTONS US LLP
1900 16th Street
Suite 1350
Denver, CO 80202
joe.martinez@dentons.com